**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-1232**

———————

In re:  KALVIN MARSHALL,

        Petitioner.

———————

On Petition for Writ of Mandamus.
(3:13-cv-00286-JRS)

———————

Submitted:  May 21, 2015               Decided:  May 26, 2015

———————

Before MOTZ, KING, and WYNN, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Kalvin Marshall, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kalvin Marshall petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his civil action. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court recently entered a final order denying relief. Accordingly, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2